No. 31, Original. UTAH v. UNITED STATES. Motion for leave to file bill of complaint granted and the United States allowed sixty days to answer. *Phil L. Hansen,* Attorney General of Utah, on the motion. *Solicitor General Marshall* for the United States.

No. 491. BOARD OF SUPERVISORS OF SUFFOLK COUNTY ET AL. v. BIANCHI ET AL. Appeal from D. C. E. D. N. Y. (Probable jurisdiction noted, 385 U. S. 966.) Motion of Arthur McComb for leave to file brief, as *amicus curiae,* denied.

No. 1342. FEDERAL POWER COMMISSION v. SKELLY OIL CO. ET AL. C. A. 10th Cir. Motion of petitioner to expedite proceedings denied at this time insofar as it requests that responses to petition of the Federal Power Commission for writ of certiorari and to the other petitions for writs of certiorari dealing with the same proceeding be filed by May 20, 1967, whether or not such responses are, under the Rules of this Court, due by that date. *Solicitor General Marshall* for petitioner on the motion. Briefs in opposition to the motion were filed by *Robert E. May* and *Louis Flax* for Sun Oil Co., and *Bruce R. Merrill, Joseph C. Johnson* and *Thomas H. Burton* for Continental Oil Co., *Cecil N. Cook* for Midhurst Oil Corp., *Murray Christian* and *H. W. Varner* for Superior Oil Co., and *Paul W. Hicks, Robert W. Henderson* and *Donald K. Young* for Hunt Oil Co. et al.

No. 1602, Misc. BAKER v. GEORGIA;
No. 1617, Misc. HUMPHREY v. FIELD, CALIFORNIA MENS COLONY SUPERINTENDENT; and
No. 1625, Misc. SANDEFUR v. KROPP, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.